UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY VANDIVER,

       Plaintiff,                  CIVIL ACTION NO. 05-CV-72835-DT

v.                                    DISTRICT JUDGE ROBERT H. CLELAND

CORRECTIONAL MEDICAL        MAGISTRATE JUDGE DONALD A. SCHEER
SERVICES, INC., CORRECTIONAL
FACILITIES ADMINISTRATION,
MEDICAL DIRECTOR OF HEALTH
SERVICES, JAN EPPS, BETTY GLASPEN,
SUSAN DeBRUYN, NURSE KING,
HAZEL AUSTIN, DENISE FREED-DANIELS,
BARBARA ANDERSON, and
DR. GEORGE PRAMSTALLER,

       Defendants.
_____/

ORDER GRANTING DEFENDANTS EPP, PRAMSTALLER, ANDERSON AND
GLASPEN MOTIONS TO COMPEL DISCLOSURE OF PLAINTIFF'S MEDICAL
RECORDS AND FOR EXTENSION OF TIME TO FILE DISPOSITIVE PLEADINGS

     Defendants Pramstaller, Anderson and Glaspen filed a Motion to Compel Plaintiff to allow access to his medical records on September 21, 2005 (Docket #21). Plaintiff filed the instant prisoner civil rights action, pursuant to 42 U.S.C. § 1983, against the above named defendants alleging that they had been deliberately indifferent to his serious medical needs. Since Plaintiff's medical records are necessary for a proper evaluation of the claims presented, it is hereby ordered that Plaintiff sign a medical release form allowing defense counsel access to his medical records.  Plaintiff shall provide the signed medical release form to defense counsel within 30 days of the date

of this order.  Defendants' Motion to Extend the Time to File Dispositive Pleading (Docket #38) will be granted.  Defendants shall have until March 31, 2006, to file a Motion to Dismiss or for Summary Judgment.

                                                s/Donald A. Scheer  
                                                DONALD A. SCHEER  
                                                UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2005

_____

### CERTIFICATE OF SERVICE

     I hereby certify on December 13, 2005 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on December 13, 2005.  **Jerry Vandiver.**

                                                s/Michael E. Lang  
                                                Deputy Clerk to  
                                                Magistrate Judge Donald A. Scheer  
                                                (313) 234-5217